**Order entered June 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00005-CV

### PRISCILLA ALIA MCCURDY, Appellant

### V.

### RANDY LIGGETT, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10001**

## ORDER

The reporter's record in this appeal was first due on February 1, 2019. When it had not been filed by February 5, 2019, the Court sent a postcard notice to court reporter Vielica Dobbins informing her the record was overdue and directing her to file the record within thirty days. Ms. Dobbins did not comply or otherwise communicate with the Court regarding the record and, on March 29, 2019, the Court ordered Ms. Dobbins to file the record within fifteen days.

On April 23, 2019, when the record still had not been filed, we ordered Ms. Dobbins to file, no later than May 8, 2019, either the record or written verification no hearings were recorded or appellant had not paid for the record. Although our order cautioned Ms. Dobbins that failure to comply could result in an order that she not sit as a reporter until she complied, Ms. Dobbins did not comply or otherwise communicate with the Court. Accordingly, on May

28, 2019, we ordered Ms. Dobbins not sit as reporter until she had filed either the record or the requested verification.  On June 6, 2019, Ms. Dobbins informed the Court by letter that she was not the reporter during the time the case was heard; Stephanie Moses was the reporter at that time.

In light of Ms. Dobbins's letter, we **VACATE** our May 28, 2019 order.  We **ORDER** Ms. Moses to file the reporter's record or written verification no hearings were recorded or appellant has not paid for the record **by June 17, 2019.**

We **DIRECT** the Clerk to send copies of this order to the Honorable Bridgett N. Whitmore, Presiding Judge of the 193rd Judicial District Court; Ms. Moses; Ms. Dobbins; the Dallas County Auditor's Office; and counsel for all parties.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE